IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUILHERME ROCHO ROSA,<br><br>                Plaintiff,<br><br>v.<br><br>EASTERN RECOVERY, INC. and PAWTUCKET CREDIT UNION,<br><br>                Defendants. | Civil Case Number:<br>1:20-cv-11330-FDS |

**STIPULATION OF DISMISSAL AS TO PAWTUCKET CREDIT UNION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above action, by and through their respective counsel, hereby stipulate and agree that all claims against and by Defendant Pawtucket Credit Union only, including cross-claims between the Defendants, in the within action shall be, and they hereby are, dismissed with prejudice. All parties to bear their owns costs and attorneys' fees.

**MARCUS & ZELMAN, LLC**

By:  /s/ Yitzchak Zelman
Yitzchak Zelman (YZ5857)
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:   (732) 695-3282
Fax:   (732)298-6256
Email: yzelman@marcuszelman.com

and

**RIGHTS PROTECTION LAW GROUP, PLLC**

/s/ Kevin V.K. Crick
Kevin V. K. Crick, BBO # 680950
100 Cambridge St., Suite 1400

10022281409999905

Boston, MA 02114
Phone: (844) 574-4487
Direct: (617) 340-9225
Fax: (888) 622-3715
Email: k.crick@rightsprotect.com

Attorneys for the Plaintiff
*Guilherme Rocho Rosa*


**MORRISON MAHONEY LLP**

/s/ David Viens_____
Lawrence F. Boyle, BBO #052680
lboyle@morrisonmahoney.com
David Viens, BBO #664281
dviens@morrisonmahoney.com
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500

Attorneys for the Defendant
*Pawtucket Credit Union*


**AVERY DOOLEY & NOONE, LLP**

  /s/ Joseph Noone_____
Joseph M. Noone, Esq.
3 Brighton Street
Belmont, MA 02478
Tel: 617-489-5300
Fax: 617-489-0085
Email: jnoone@averydooley.com

Attorneys for the Defendant
*Eastern Recovery, Inc.*

**CERTIFICATE OF SERVICE**

    I, Kevin V.K. Crick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2021.

    Respectfully submitted,

    /s/ Kevin V.K. Crick_____

10022281409999905