UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUILHERME ROCHO ROSA,  )  <br> Plaintiff  ) <br> ) <br> v.   ) <br> ) <br> EASTERN RECOVERY, INC. and  ) <br> PAWTUCKET CREDIT UNION,   ) <br> Defendants  ) | CIVIL ACTION NO. <br> 1:20-CV-11330-FDS |

**DEFENDANT, EASTERN RECOVERY, INC.'S OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68(a) TO THE PLAINTIFF, GUILHERME ROCHO ROSA**

NOW COMES the defendant, Eastern Recovery, Inc., by counsel, pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure, and offers to the plaintiff, Guilherme Rocho Rosa, and his attorneys of record, to allow judgement to be taken against Eastern Recovery, Inc. in this matter in the sum of Fifteen Thousand ($15,000.00) Dollars.  This offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within fourteen (14) days of the date that it was served on you.  The sum set out in this offer includes all costs incurred to date and includes all sums for reasonable attorneys' fees incurred to date.  This offer of judgment is made for the purposes of Rule 68 only, and neither it nor any judgment that may result from this offer may be construed either as an admission of liability on the part of the defendant, Eastern Recovery, Inc., or that plaintiff, Guilherme Rocho Rosa, has suffered any damage.

/s/ Joseph M. Noone
Joseph M. Noone (BBO #559644)
AVERY DOOLEY & NOONE, LLP
3 Brighton Street
Belmont, MA  02478
Phone: (617) 489-5300
Fax:    (617) 489-0085
jnoone@averydooley.com

**ATTORNEYS FOR DEFENDANT,
EASTERN RECOVERY, INC.**

Dated:  July 27, 2021

## CERTIFICATE OF SERVICE

      I, Joseph M. Noone, Esquire, hereby certify that this document, ***Defendant, Eastern Recovery, Inc.'s Offer of Judgment Pursuant to F.R.C.P. Rule 68(a) to the Plaintiff, Guilherme Rocho Rosa***, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on July 27, 2021 and listed below:

Kevin V.K. Crick, Esquire (BBO #680950)
Rights Protection Law Group, PLLC
100 Cambridge Street, Suite 1400
Boston, MA  02114
Phone: (617) 340-9225
Fax: (888) 622-3715
k.crick@rightsprotect.com

Yitzchak Zelman, Esquire *(pro hac vice)*
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ  07712
Phone: (732) 695-3282
Fax: (732) 298-6256
yzelman@marcuszelman.com

                                            */s/ Joseph M. Noone*
                                            Joseph M. Noone (BBO #559644)
                                            AVERY DOOLEY & NOONE, LLP
                                            3 Brighton Street
                                            Belmont, MA  02478
                                            Phone: (617)  489-5300
                                            Fax:    (617) 489-0085
                                            jnoone@averydooley.com

                                            **ATTORNEYS FOR DEFENDANT,**
                                            **EASTERN RECOVERY, INC.**