UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUILHERME ROCHO ROSA,<br><br>             Plaintiff,<br><br>-against-<br><br>EASTERN RECOVERY, INC. and PAWTUCKET CREDIT UNION,<br><br>             Defendants. | Civil Case Number: 1:20-cv-11330-FDS |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant **Eastern Recovery, Inc. only** in the above captioned matter. A settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed, the Plaintiff shall file a Stipulation of Dismissal with prejudice, and without costs as to **Eastern Recovery, Inc.** Accordingly, it is respectfully requested that the matter against **Eastern Recovery, Inc. only** be stayed for sixty (60) days to allow the parties to finalize settlement details.

        Dated: September 10, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Guilherme Rocho Rosa*

DM1\11930643.1