IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GUILHERME ROCHO ROSA,

                 Plaintiff,

-against-

EASTERN RECOVERY, INC. and PAWTUCKET CREDIT UNION,

                 Defendants.

Civil Case Number: 1:20-cv-11330-FDS

## STIPULATION OF DISMISSAL AS TO EASTERN RECOVERY, INC.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **EASTERN RECOVERY, INC. only** in the above-captioned matter, with prejudice. A proposed Order of Dismissal with prejudice as to Eastern Recovery, Inc. is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        November 9, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Guilherme Rocho Rosa*

/s/ Joseph M. Noone
Joseph M. Noone, Esq.
AVERY DOOLEY & NOONE, LLP
3 Brighton Street
Belmont, MA 02478
Tel: (617) 489-5300
Email: jnoone@averydooley.com

*Attorneys for Defendant*
*Eastern Recovery, Inc.*